cc: USPO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff(s),<br><br>　v.<br><br>HERBERT EARL BATTLE, JR.,<br><br>　　　Defendant(s). | Case No. 2:21-cr-00011-SB-1<br><br>ORDER DIRECTING THE U.S. PROBATION AND PRETRIAL SERVICES OFFICE FOR PREPARATION OF REPORT |

　　　The Court, having received the Defendant's request for early termination of supervised release, directs the U.S. Probation and Pretrial Services Office to prepare a response to the Defendant's request by no later than September 15, 2022. Dkt. No. 7.

　　　In evaluating suitability for early termination, the response should address the standard terms of review established by the Judiciary Policy and include the supervisee's progress and transgressions, if any, since the start of his supervised release.

　　　The response should also state the Government's position on the Defendant's request for early termination of the terms of his supervised release. To the extent the Government opposes the Defendant's request, the Government will have 15 days from the date of the U.S. Probation and Pretrial Service's response to this Court's order to file their opposition.

IT IS SO ORDERED.

Date: August 5, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge